EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Major Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2005

at 12 o'clock and 20 min P .M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00291 SOM |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(3) & |
| ) | 924(a)(2) |
| JORGE BUESA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about September 5, 2003, in the District of Hawaii, the defendant JORGE BUESA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce two firearms, to wit, a 12-gauge shotgun, single shot, Model SB, serial number 750974 and a Ruger Model 10/22 .22 caliber carbine rifle, serial number 116-82999, with said

SEALED
BY ORDER OF THE COURT

UNSEALED BY ORDER OF THE COURT
DATE: JUL 14 2005

firearms having been manufactured outside the State of Hawaii and transported in and affecting commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 2

The Grand Jury further charges that:

On or about June 1, 2005, in the District of Hawaii, the defendant JORGE BUESA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce ammunition, to wit, approximately 49 rounds of Winchester .40 caliber ammunition, with said ammunition having been manufactured outside the State of Hawaii and transported in and affecting commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: July 7, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. JORGE BUESA
Cr. No.        (Indictment)

2