ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY    # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
JORGE BUESA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at 10 o'clock and 30 min. AM
SUE BEITIA, CLERK

LODGED

DEC 2 0 2005
8:44 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 05-00291 SOM |
| Plaintiff, | STIPULATION AND ORDER TO ALLOW TRAVEL TO MAUI |
| vs. | |
| JORGE BUESA, | |
| Defendant. | |

**STIPULATION AND ORDER TO ALLOW TRAVEL TO MAUI**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant JORGE BUESA, be allowed to travel from Oahu to Maui for one day.

That Mr. Buesa will travel to the Island of Maui for one day, December 25, 2005, to spend Christmas with his family. He will be staying at 35 Alia Place, Pokulani, and will visit with family members in Mauilani and Makawao. Mr. Buesa will provide Pretrial Services with his itinerary and contact numbers while on Maui. He will fly to Maui on a morning flight and return to Honolulu later that same day and report back to Mahoney Hale.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, December 16, 2005.

/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
JORGE BUESA

/s/ Marshall Silverberg
MARSHALL SILVERBERG
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Carolyn Hall
CAROLYN HALL
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 12-20-05.

/s/ Susan Oki Mollway
United States ~~Magistrate~~ District Judge / som
District of Hawaii

UNITED STATES v. BUESA
CR. NO. 05-00291 SOM
STIPULATION AND ORDER TO ALLOW TRAVEL TO MAUI

2