EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Major Crimes Section

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  marshall.silverberg@usdoj.gov


          IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00291 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | PROPOSED PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JORGE BUESA, | ) | Sentencing date: 3/6/06 |
| | ) | Time:  2:15 p.m. |
| Defendant. | ) | Judge: Hon. Susan Oki Mollway |
| _____ | ) | |

     GOVERNMENT'S RESPONSE TO PROPOSED PRESENTENCE REPORT

     The United States has no objections or comments to the

Proposed Presentence Report.

     Dated:  January 23, 2006, at Honolulu, Hawaii.

                    EDWARD H. KUBO, JR.
                    United States Attorney

          By:
                      /s/ Marshall H. Silverberg
                    MARSHALL H. SILVERBERG
                    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Donna M. Gray        donna_gray@fd.org
Attorney for Defendant
JORGE BUESA

Served by hand delivery:

Malia Eversole
Senior U.S. Probation Officer
Honolulu, Hawaii

Dated:  January 23, 2006, at Honolulu, Hawaii.


/s/ Cheri Abing