PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY      # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JORGE BUESA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00291 SOM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) AMEND PRETRIAL CONDITION |
| vs. | ) |
| | ) |
| JORGE BUESA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

STIPULATION AND ORDER TO AMEND PRETRIAL CONDITION

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant JORGE BUESA, be allowed to change his place of residence from Mahoney Hale to his sister's residence.  His sister, Valerie Oloras resides at 701 Onipaa Street, Makawao, Maui, Hawaii.

All other conditions of release previously imposed shall remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, February 13, 2006.

/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
JORGE BUESA

/s/ Marshall Silverberg
MARSHALL SILVERBERG
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/Carolyn Hall
CAROLYN HALL
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, February 13, 2006     .



_____
Kevin S.C. Chang
United States Magistrate Judge

UNITED STATES v. BUESA
CR. NO. 05-00291 SOM
STIPULATION AND ORDER TO AMEND PRETRIAL CONDITION