# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00291SOM |
| CASE NAME: | USA vs. Jorge Buesa |
| ATTYS FOR PLA: | Marshall Silverberg |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | Malia Eversole (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 3/6/2006 | TIME: | 2:25 - 2:45 |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment -

Defendant Jorge Buesa present.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: 15 Months as to each of Counts 1 and 2, to be served concurrently.

Supervised Release: 2 Years as to each of Counts 1 and 2, to be served concurrently.

Special Assessment: $200.00 ($100.00 as to each count).

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by Probation Office.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to appeal

JUDICIAL RECOMMENDATION: FDC Honolulu.

Mittimus is stayed until 4/17/06.

Defendant to self surrender @ 10:00 a.m. 4/17/06 at the FDC Honolulu.
If the defendant is designated to a mainland facility, the defendant to self surrender @ 10:00 a.m. 4/17/06 at the USM.

Amended condition of bail:

(7h2)  Travel is restricted to State of Hawaii.

Submitted by: Toni Fujinaga, Courtroom Manager.